Certificate Number: 05781-GAN-DE-041544736

Bankruptcy Case Number: 26-62058

05781-GAN-DE-041544736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 10, 2026, at 12:27 o'clock PM PDT, Edilberto A Viana Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: October 10, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President